10/04/2007 11:47 FAX 2128056724   JUDGE MAAS   TOTAL P.03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Junior Mentor, et al

:

Plaintiff(s),

:

-against-

:

Imperial Parking

:

Defendant(s).

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07

ORDER OF DISCONTINUANCE

05 Civ. 7993(WHP)(FM)

**ORIGINAL**

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and ~~with~~/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:   New York, New York
         October 12, 2007

_/s/ Frank Maas_
FRANK MAAS
United States Magistrate Judge

_/s/_
Attorney(s) for Plaintiff

_/s/_
Attorney(s) for Defendant

Agreed and Consented to:

Agreed and Consented to: