THE NOTICE COMPANY
94 STATION STREET
HINGHAM, MA 02043
(781) 740-1900

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 07/22/09 | 4956 |

| BILL TO |
|---|
| MENTOR v. IMPERIAL PARKING SYSTEMS<br>ATTN: Douglas E. Rowe, Esq.<br>ATTN: Emmanuel Roy, Esquire |

| DUE DATE | PROJECT |
|---|---|
| 07/30/09 | Mentor v Imperial Parking |

| DESCRIPTION | AMOUNT |
|---|---|
| Class Notice and Mailing Project<br>*** See Attached Detailed Budget *** | 137,000.00 |

**Please remit to above address.**

| Total | **$137,000.00** |
|---|---|

| DATE ------ | TASKS ------- | COSTS -------- |
|---|---|---|
| **INITIAL SET-UP** | | $ 15,000.00 |
| | Finalize Budget for Notice and Claims Administration | |
| | Revise Notice of Proposed Settlement | |
| | Revise Consent Form | |
| | Revise Opt-In Consent Form | |
| | Revise Proof of Claim Form | |
| | Prepare Summary Notice (for Publication) | |
| | Submit Notice Documents and Budget to Court for Approval | |
| **DATABASE WORK** | | $ 3,500.00 |
| | Review report from Glenn Pannenborg, CPA | |
| | Validate Overtime Hours per Claimant | |
| | Perform Calculations Required by Settlement Agreement | |
| **MAILING PROJECT** | | $ 36,500.00 |
| | Receive Database of names and addresses of Class members | |
| | NCOA Update of Address Database | |
| | Translate Documents into Creole and Spanish | |
| | Print Documents in English, Creole and Spanish | |
| | Mail Documents to Class Members | |
| | Process Returned Mail; re-mail if possible | |
| **WEBSITE** | | $ 7,500.00 |
| | Obtain Domain Name | |
| | Develop Website | |
| | Post Documents on Web in English, Creole and Spanish | |
| | Register Settlement Website with Search Enginges | |
| | Conclude arrangements and Schedule for Online Advertisements | |
| **TOLL-FREE TELEPHONE & SUPPORT** | | $ 2,500.00 |
| | Set-up Toll Free Number | |
| | No live operator; recorded message only | |
| | Develop Phone Script | |
| | Record Phone Message in English, Creole and Spanish | |
| | Direct Phone Message to Class Counsel to be Returned/Answered | |
| **RADIO OUTREACH** | | $ 22,000.00 |
| | Complete production of a radio news package including script, sound bite capture and 60-second radio news segment and airings report | |

| | | |
|---|---|---|
| | Placement on Hispanic NY stations: WADO-AM (Spanish News/Talk format) station 5x airings; WQBU-FM (Regional Mexican format) 5x airings | |
| | Placement on Haitian/Creole NY stations: Radio Soleil d'Hait station 5x airings | |
| | Placement on WBLS/WLIB station 5x airings | |
| **NOTICE BY PUBLICATION IN NEWSPAPERS** | | $ 50,000.00 |
| | Translate Summary Notice | |
| | Arrange Publication in Haiti Observateur and El Diario/La Prensa | |
| | Publish over 2 weeks | |
| | Obtain Affidavits of Publication | |
| **TOTAL** | | **$ 137,000.00** |

**ADDITIONAL ITEMS TO BE BILLED AS PERFORMED**

| | |
|---|---|
| **CLAIM ADMINISTRATION** | |
| | Process Opt Outs |
| | Process Consent to Join Forms |
| | Process Claim Forms |
| **ONGOING FULFILLMENT** | |
| | Handle Questions from Class Members |
| | Mail out Notice, Claim Forms, etc., upon request |
| **PAYOUT TO CLAIMANTS** | |
| | Final Payment Calculations |
| | Coordinate with Defendants in Issuing Settlement Checks and Tax Forms, including payment of withholdings to state and IRS |
| | Prepare Final Account Reconciliation |
| | Return Remaining Funds to Defendant |