UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JUNIOR MENTOR, Individually and on  :   05 Civ. 7993 (WHP)
behalf of others similarly situated,
                                    :
            Plaintiff,              :   ORDER
                                    :
       -against-
                                    :
IMPERIAL PARKING SYSTEMS, INC.,
et al.,                             :
                                    :
            Defendants.             :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

WILLIAM H. PAULEY III, District Judge:

      This final approval hearing is adjourned to December 18, 2009 at 11:00 a.m. The proposed notice and schedule is approved.

Dated: September 9, 2009
       New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Emmanuel Roy, Esq.
New Start, LLC
32 Court Street, #201
Brooklyn, NY 10201
*Counsel for Plaintiffs*

Douglas Evan Rowe, Esq.
Certilman, Balin, Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
*Counsel for Defendants*