UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JUNIOR MENTOR, Individually and on  :  05 Civ. 7993 (WHP)
behalf of others similarly situated,
                                    :
            Plaintiff,                 ORDER
                                    :
      -against-
                                    :
IMPERIAL PARKING SYSTEMS, INC.,
et al.,                             :

            Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The Court will hold a telephone status conference on October 9, 2009 at 2:00 p.m.

The parties are directed to arrange the conference call.

Dated: October 5, 2009
      New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record*:

Emmanuel Roy, Esq.
New Start, LLC
32 Court Street, #201
Brooklyn, NY 10201
*Counsel for Plaintiffs*

Douglas Evan Rowe, Esq.
Certilman, Balin, Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
*Counsel for Defendants*

