UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JUNIOR MENTOR, Individually and on :
behalf of others similarly situated,
                                          :    05 Civ. 7993 (WHP)
             Plaintiffs,
                                          :    <u>ORDER</u>

     -against-

                                          :
IMPERIAL PARKING SYSTEMS, INC.,
et al.,                                          :

                       Defendants.  :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/10

WILLIAM H. PAULEY III, District Judge:

       For the reasons set forth on the record on February 5, 2010, Emanuel Roy, Esq.'s application to be relieved as counsel for the Plaintiffs in this action is granted. The Court appoints Edward J. Phillips, Esq. of Keane and Beane, P.C. as Plaintiffs' counsel. The parties shall submit a proposed stipulation and order setting forth a plan of class notice for approval by the Court by April 12, 2010.

Dated:    February 9, 2010
           New York, New York

                                                 SO ORDERED:

                                                 WILLIAM H. PAULEY III
                                                        U.S.D.J.

*Counsel of Record*:

Edward J. Phillips, Esq.
Keane & Beane, P.C.
One North Broadway
White Plains, New York, 10601
*Counsel for Plaintiff*

Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY 11554
*Counsel for Defendants*

Emmanuel Roy, Esq.
Roy & Associates, P.C.
26 Court Street, Suite 1503
Brooklyn, NY 11242