```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
JUNIOR MENTOR, Individually and on   :
behalf of others similarly situated,
                                     :       05 Civ. 7993 (WHP)
              Plaintiff,
                                     :       ORDER
      -against-
                                     :
IMPERIAL PARKING SYSTEMS, INC.,
et al.,                              :

              Defendants.            :
---------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on February 5, 2010, the Clerk of Court is directed to terminate docket entry number 78, Plaintiffs' Motion for Approval of Notice of Settlement, and docket entry number 79, Plaintiffs' Motion for Approval of Attorney's Fees and Incentive Awards to Named Plaintiffs.

Dated:    March 8, 2010
            New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Edward J. Phillips, Esq.
Keane & Beane, P.C.
One North Broadway
White Plains, New York, 10601
*Counsel for Plaintiffs*

Douglas E. Rowe, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue
East Meadow, NY  11554
*Counsel for Defendants*